*CHARLES BRENNER V. STATE EX REL ALICE SPISAK.

**Proceedings in Aid of Execution before J. P., Appealable.**

Proceedings in aid of execution brought before a justice of the peace against a judgment debtor, may be appealed by him to the common pleas court.

ERROR.

**WINCH, J.**

The sole question in this case is whether a judgment debtor, against whom proceedings in aid of execution have been brought before a justice of the peace, as provided in Sec. 6080-1 R. S. et seq. (Sec. 10463 G. C. et seq.) is entitled to appeal said proceedings to the common pleas court.

This question was raised in the case of *Deveaux* v. *Leslie,* 9 Circ. Dec. 480 (18 R., 482), and the Lucas county circuit court, Judge Haynes delivering the opinion, held that an appeal would lie in such cases.

This court, in the case of *Carlin* v. *Hower,* 24 O. C. C., 153 (5 N. S. 70), concurred in said opinion, and we now see no reason for changing our views on the subject.

The case of *Wilson Co.* v. *Cleveland Electric Ry.* 28 O. C. C. 159 (7 N. S. 258), does not overrule the case of *Carlin* v. *Hower, supra* on this proposition.

Judgment affirmed.

**Marvin** and **Henry, JJ.,** concur.

---

*Affirmed, no op., Brenner v. State, 82 Ohio St., 424.